UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-21538-CIV-MORENO

MERCEDES CABRERA,

    Plaintiff,

vs.

FRANCISCO QUINTERO, MIAMI-DADE COUNTY, CITY OF HIALEAH, and HOME DEPOT, USA, INC. d/b/a THE HOME DEPOT,

    Defendants.
_____/



### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Remand **(D.E. No. 4)**, filed on **June 29, 2008**.

THE COURT has considered the Motion, and because the removing party, Home Depot, agrees with the Plaintiff and Defendant City of Hialeah that this case should be remanded, it is

**ADJUDGED** that the Plaintiff's Motion is **GRANTED** and this case shall be remanded back to the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action. Further, it is

**ORDERED** that:

1.    This case is **CLOSED**; and

2.    The parties' requests for costs and fees are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Clerk of the Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida

Counsel of Record